(106 So. 344)

### Ex parte WHORTON.

### WHORTON v. STATE.

(7 Div. 587.)

(Supreme Court of Alabama. June 25, 1925. Rehearing Denied Dec. 10, 1925.)

**Certiorari** ⊂⊃64(1)—**Supreme Court on certiorari will not look to facts shown by bill of exceptions.**

The Supreme Court will not, on application for certiorari to review decision of Court of Appeals, look to facts shown by bills of exceptions.

Certiorari to Court of Appeals.

Petition of Bill Whorton for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Whorton v. State, 106 So. 344. Writ denied.

W. J. Boykin, of Gadsden, for petitioner.

In view of the decison, it is not necessary that brief be here set out.

Harwell G. Davis, Atty. Gen., opposed.

Brief of counsel did not reach the Reporter.

SAYRE, J. Consideration of the objections taken against the decision of the Court of Appeals in this case would necessarily involve consideration of the facts shown in the bill of exceptions. This court has repeatedly held that it will not on such applications look to the facts shown by the bill of exceptions. Postal Telegraph-Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91. Following this rule, it is evident that the opinion of the Court of Appeals is not open to review in this cause.

Certiorari denied.

All the Justices concur.